MARY H. POWERS, Respondent, *v.* JACOB S. JACKSON et al., Appellants.

(Argued January 9, 1874; decided May term, 1874.)

THIS was an action for partition ; the only question was as to the right of dower of the wife, co-defendant. The facts are substantially the same as in *House* v. *Jackson* (50 N. Y., 161), save that there the claimant of the dower right was a widow. The defendants intermarried before the rendition of the judgment under which the plaintiff claimed title. The judgment below gave the wife an inchoate dower right in one-eleventh of the land in suit. Decided upon authority of *House* v. *Jackson* (*supra*).

*Everett P. Wheeler* for the appellants.

*D. P. Barnard* for the respondent.

DWIGHT, C., reads for affirmance of judgment as to defendant Jacob S. Jackson, and for reversal as to defendant Christiana Jackson, and for judgment awarding her an inchoate right of dower in the whole of the premises.
All concur.
Judgment accordingly.